# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4559
_____

RICHARD K. CLAYCOMB,

Appellant,

v.

STATE OF FLORIDA
REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

Appellee.

_____

On appeal from order of the Reemployment Assistance Appeals Commission.

August 15, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard K. Claycomb, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel and Chief Appellate Attorney, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.